DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYREE J. GLAND,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D2025-3324
_____

June 24, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Joseph A. Bulone, Judge.

Tyree J. Gland, pro se.

James Uthmeier, Attorney General, Tallahassee, and James A.
Hellickson, Assistant Attorney General, Tampa, for Respondent.


PER CURIAM.

   Dismissed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.